**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello**

Civil Action No. 18-cv-03258-CMA

SAVE THE COLORADO,
THE ENVIRONMENTAL GROUP,
WILDEARTH GUARDIANS,
LIVING RIVERS,
WATERKEEPER ALLIANCE, and
SIERRA CLUB,

      Petitioners,

v.

LIEUTENANT GENERAL SCOTT A. SPELLMON, in his official capacity as the Chief of
the U.S. Army Corps of Engineers,
DEBRA HAALAND, in her official capacity as Secretary of the Interior, and
MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife
Service,

      Respondents, and

CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF
WATER COMMISSIONERS,

      Respondent-Intervenor.

---

## ORDER

---

This case is before the Court on the Remand and Mandate from the United

States Court of Appeals for the Tenth Circuit (Docs. ## 77–78), which reversed the

Court's grant of Respondent-Intervenor City and County of Denver's and Federal

Defendants' Motions to Dismiss for Lack of Jurisdiction (Docs. ## 47, 49, 49-1).

The Tenth Circuit stated that "the district court shouldn't have dismissed the petition for lack of subject-matter jurisdiction." (Doc. # 77-1 at 36.) The Court of Appeals thus "reverse[d] and remand[ed] for further proceedings in accordance with this opinion." (*Id.*)

Accordingly, the Court ORDERS as follows:

- Respondent-Intervenor's Motion to Dismiss Under Fed. R. Civ. P. 12(b)(1) (Docs. ## 47, 49) and Federal Defendants' Motion to Dismiss for Lack of Jurisdiction (Docs. ## 49, 49-1) are DENIED; and

- The Parties are DIRECTED to file a proposed Joint Case Management Plan using the form referenced in D.C.COLO.LAPR 16.1, and shall submit a copy of the proposed Joint Case Management plan in an editable format (Microsoft Word or WordPerfect) to Arguello_Chambers@cod.uscourts.gov by December 30, 2022.

DATED: November 30, 2022

BY THE COURT:

CHRISTINE M. ARGUELLO
Senior United States District Judge