

**Amanda Shafer Berman**
ABerman@crowell.com
(202) 688-3451  direct

Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
+1.202.624.2500  main
+1.202.628.5116  fax

The Honorable Christine M. Arguello                    September 12, 2024
United States District Court for the District of Colorado
Alfred A. Arraj United States Courthouse A638
901 19th Street, Denver, CO 80294-3589

*Via CM/ECF*

Re:     *Save the Colorado, et al. v. Spellmon, et al.,* No. 18-cv-3258
        Gross Reservoir and Dam Construction Status Update

Dear Judge Arguello:

Denver Water submits this letter in advance of the upcoming hearing to update the Court on the construction progress of the Gross Reservoir and Dam Project since Denver Water filed its merits brief last December (ECF No. 138). The status of dam construction is relevant to both the mootness and remedy issues raised in the briefs.

As of last December, the foundation of the original dam had been exposed, and the protective surface concrete had been removed from the dam face to prepare for construction of the new arch-dam structure. Martin Decl. (ECF No. 138-1) ¶¶25, 28, 32-37. This year, new concrete foundation blocks have been placed at the base of the dam, and roller-compacted concrete is being continually placed in front of the old dam as the new dam is raised. As of today, the new dam structure has reached approximately 190 feet in height, and the construction team is pouring concrete on a near-continual basis to ensure structural stability. All the while, Gross Reservoir continues to serve as a water source for Denver Water's rate-paying customers. Attached are photographs showing the progress made so far this year.

By the time this construction season ends, Denver Water anticipates that the new dam structure will reach 300 feet in height. The remaining 171 feet will be completed in 2025, and Denver Water remains on schedule to complete all construction by July 2027, as required by FERC.

Denver Water will be happy to answer any questions the Court may have about construction status or other Project aspects at the upcoming hearing.



Respectfully submitted,


*s/Amanda Shafer Berman*
Amanda Shafer Berman
Crowell & Moring LLP
202-688-3451
aberman@crowell.com

*Counsel for Respondent-Intervenor Denver Water*

2





Marking the beginning of roller-compacted concrete placement, May 3, 2024.





Height of roller-compacted concrete as of August 20, 2024.

**C Crowell**



Aerial view of dam construction as of September 5, 2024.

**Crowell**



View from the right abutment of the dam as of September 5, 2024.