IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03258-CMA

SAVE THE COLORADO,
THE ENVIRONMENTAL GROUP,
WILDEARTH GUARDIANS,
LIVING RIVERS,
WATERKEEPER ALLIANCE, INC,
SIERRA CLUB,

    Petitioners,

v.

LIEUTENANT GENERAL WILLIAM H. GRAHAM, in his official capacity as Chief of Engineers of the U.S. Army Corps of Engineers, et al.,

    Respondents, and

CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS

    Respondent-Intervenor.

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to D.C.Colo.L.AttyR 5(b), Respondents hereby move to withdraw Daniel Pinkston's appearance as counsel in the above-captioned matter for Respondents and, in support thereof, state as follows:

1. Daniel Pinkston retired from the Department of Justice on December 31, 2024, and no longer represents Respondents.

1

2. Samuel Stratton entered his appearance on January 23, 2025, and will remain counsel of record for Respondents, along with Sara Costello and Michael Eitel.

WHEREFORE, Respondents respectfully request that the Court enter an Order, in the form submitted herewith, granting this motion, authorizing Daniel Pinkston to withdraw as counsel for Respondents, and ordering that Daniel Pinkston shall be withdrawn as Respondents' counsel in this action.

Respectfully submitted this 27th day of January 2025.

*/s/ Samuel B. Stratton*
SAMUEL B. STRATTON
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-6535
E-mail: Samuel.Stratton@usdoj.gov

*Attorney for Respondents*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2025, I electronically filed the foregoing Motion to Withdraw Appearance of Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Samuel B. Stratton
Samuel B. Stratton