IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-3258-CMA

SAVE THE COLORADO, a Colorado nonprofit corporation;
THE ENVIRONMENTAL GROUP, a Colorado nonprofit corporation;
WILDEARTH GUARDIANS, a nonprofit corporation;
WATERKEEPER ALLIANCE, INC., a nonprofit corporation; and
SIERRA CLUB, a nonprofit corporation.

        Petitioners,

 v.

LIEUTENANT GENERAL WILLIAM H. GRAHAM, in his official capacity as Chief of Engineers of the U.S. Army Corps of Engineers, et al.,

        Respondents, and

CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS,

        Respondent-Intervenor.

---

## NOTICE OF APPEAL

Respondent-Intervenor, the City and County of Denver, acting by and through its Board of Water Commissioners, through undersigned counsel, hereby appeals, pursuant to 28 U.S.C. § 1292(a)(1), to the United States Court of Appeals for the Tenth Circuit from the Order of the District Court entered on April 3, 2025 (Dkt 176) entering, *inter alia*, preliminary and permanent injunctive relief.

Respectfully submitted this 7th day of April, 2025.

/s/ Amanda Shafer Berman
Amanda Shafer Berman
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2500
aberman@crowell.com