FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

April 11, 2025

Christopher M. Wolpert
Clerk of Court

---

SAVE THE COLORADO, a Colorado nonprofit corporation, et al.,

    Petitioners - Appellees,

v.

LIEUTENANT GENERAL WILLIAM H. GRAHAM, in his official capacity as Chief of Engineers of the U.S. Army Corps of Engineers, et al.,

    Respondents.

------------------------------

CITY AND COUNTY OF DENVER, acting by and through its Board of Water Commissioners (Denver Water),

    Intervenor - Respondent - Appellant.

No. 25-1137
(D.C. No. 1:18-CV-03258-CMA)
(D. Colo.)

---

**ORDER**

---

On April 3, 2025, the district court granted a preliminary injunction prohibiting further construction of the Gross Dam and a permanent injunction enjoining enlargement of the Gross Reservoir. On April 6, the court denied a stay pending appeal but entered a 14-day temporary stay of the preliminary injunction that expires on April 20.

On April 7, Respondent-Intervenor City and County of Denver (Denver Water) filed its notice of appeal. On April 10, Denver Water filed an emergency motion for a

stay pending appeal. We require a response. Petitioners are directed to file a response to the emergency motion for stay pending appeal on or before April 17, 2025. Denver Water may file an optional reply within four days of the response.

Further, to facilitate the court's consideration of the emergency motion for stay pending appeal, the response, and any reply, we enter a temporary stay of the district court's preliminary injunction prohibiting further construction of the Gross Dam that will take effect at the expiration of the district court's temporary stay. The temporary stay will remain in effect until further order of the court.

                    Entered for the Court

                    CHRISTOPHER M. WOLPERT, Clerk