# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-03258-CMA

SAVE THE COLORADO,
THE ENVIRONMENTAL GROUP,
WILDEARTH GUARDIANS,
LIVING RIVERS,
WATERKEEPER ALLIANCE, and
SIERRA CLUB,

      Petitioners,

v.

LIEUTENANT GENERAL WILLIAM H. GRAHAM, JR., in his official capacity as the Chief of the U.S. Army Corps of Engineers,
DEB HAALAND, in her official capacity as Secretary of the Interior, and
MARTHA WILLIAMS, in her official capacity as Director of the U.S. Fish and Wildlife Service,

      Respondents, and

CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS,

      Respondent-Intervenor.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to and in accordance with the Orders of October 16, 2024 (Doc. # 151), April 3, 2025 (Doc. # 176), and May 29, 2025 (Doc. # 207) entered by Senior Judge Christine M. Arguello, incorporated herein by reference, it is hereby

ORDERED that judgment is entered in favor of Petitioners Save the Colorado, The Environmental Group, WildEarth Guardians, Living Rivers, Waterkeeper Alliance,

and Sierra Club, and against Respondent Lieutenant General William H. Graham, Jr., in his official capacity as the Chief of the U.S. Army Corps of Engineers and Respondent-Intervenor City and County of Denver, acting by and through its Board of Water Commissioners, remanding with vacatur the U.S. Army Corps of Engineers' Record of Decision, Final Environmental Impact Statement, and Section 404 Permit for the Moffat Collection System Project and permanently enjoining enlargement of the Gross Reservoir, but allowing construction of the Gross Dam to continue. It is

FURTHER ORDERED that judgment is entered in favor of Deb Haaland, in her official Capacity as Secretary of the Interior, and Martha Williams, in her official capacity as Director of the U.S. Fish and Wildlife Service, and against Petitioners Save the Colorado, The Environmental Group, WildEarth Guardians, Living Rivers, Waterkeeper Alliance, and Sierra Club, finding that the U.S. Fish and Wildlife Service adequately justified its decision to withdraw interim protections for the green lineage cutthroat trout.

DATED:   June 5, 2025.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By:   s/ M. Smotts
       Meghan Smotts,
       Deputy Clerk